UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:09-073 |
| | ) | |
| BRIAN CHRISTOPHER HARRIS | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Alicia Brooke Jennings** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Alicia Brooke Jennings** be granted leave of absence for the following periods: **October 14, 2016 through October 17, 2016 and October 21, 2016 through October 24, 2016.**

This 29th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia